UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1862-GW(PJWx) | Date | May 24, 2019 |
|---|---|---|---|
| Title | *Optimum Productions et al v. Home Box Office, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - RULING ON:**

**PLAINTIFFS' MOTION TO REMAND TO THE LOS ANGELES SUPERIOR COURT [17];**

**PLAINTIFFS' MOTION TO COMPEL ARBITRATION [18]**

The Court adopts its Tentative Ruling (provided to the parties at the start of the hearing on the Motion to Remand and Motion to Compel Arbitration) as its final decision on said motions except as qualified herein. For the reasons stated in the Tentative and as further discussed at the hearing: (1) the Motion to Remand is denied; and (2) the Motion to Compel Arbitration is denied insofar as it contends that the gateway issue of arbitrability is to be decided by the arbitrator rather than the Court pursuant to clear and unmistakable evidence. As to the arbitrability issue itself, the Court will allow supplemental briefing as follows: Defendants will be permitted to file a supplemental brief of not more than seven pages by June 4, 2019, and Plaintiffs will file a responsive brief of not more than seven pages by June 17, 2019. The matter will be heard on June 24, 2019 at 8:30 a.m.

:

| Initials of Preparer | JG |
|---|---|