| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| | dpetrocelli@omm.com |
| 2 | DREW E. BREUDER (S.B. #198466) |
| | dbreuder@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 8th Floor |
| 4 | Los Angeles, CA 90067-6035 |
| | Telephone: (310) 553-6700 |
| 5 | Facsimile: (310) 246-6779 |
| 6 | THEODORE J. BOUTROUS JR. (S.B. #132099) |
| | tboutrous@gibsondunn.com |
| 7 | NATHANIEL L. BACH (S.B. #246518) |
| | nbach@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 9 | Los Angeles, CA 90071-3197 |
| | Telephone: (213) 229-7296 |
| 10 | Facsimile: (213) 229-7242 |
| 11 | *Attorneys for Home Box Office, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTIMUM PRODUCTIONS, a California corporation; and JOHN BRANCA and JOHN MCCLAIN, in the respective capacities as CO-EXECUTORS OF THE ESTATE OF MICHAEL J. JACKSON, <br><br> Plaintiffs, <br><br> v. <br><br> HOME BOX OFFICE, a Division of TIME WARNER ENTERTAINMENT, L.P., a Delaware Limited Partnership; HOME BOX OFFICE, INC., a Delaware corporation; DOES 1 through 5, business entities unknown; and DOES 6 through 10, individuals unknown, <br><br> Defendants. | Case No. CV 19-1862-GW-PJWx <br><br> Hon. George H. Wu <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO COMPEL ARBITRATION** |

[PROPOSED] ORDER
CASE NO. 2:19-CV-01862-GW-PJW

1  Pending before the Court is the parties' Joint Stipulation to Continue Hearing
2  Date on Plaintiffs' Motion to Compel Arbitration ("Joint Stipulation").  The Court
3  has considered the Joint Stipulation, and good cause appearing therefore, it is
4  **HEREBY ORDERED** that the hearing for the Motion to Compel Arbitration (Dkt.
5  18) is hereby continued from June 24, 2019 to July 15, 2019 at 8:30 A.M.

Date:  June 10, 2019

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER
CASE NO. 2:19-CV-01862-GW-PJW