UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1862-GW(PJWx) | Date | September 20, 2019 |
|---|---|---|---|
| Title | *Optimum Productions et al v. Home Box Office, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS:    IN CHAMBERS - CONSOLIDATED FINAL RULINGS ON:**

**PLAINTIFFS' MOTION TO COMPEL ARBITRATION [18]**

**HOME BOX OFFICE, INC.'S MOTION TO STRIKE PLAINTIFFS' PETITION (CAL. CODE CIV. PROC. § 425.16) [46]**

Attached hereto is the Court's Final Ruling. The Court sets a status conference for October 3, 2019 at 8:30 a.m. Counsel may appear telephonically provided advanced notice is given to the clerk.

:

Initials of Preparer    JG

***Optimum Productions et al v. Home Box Office et al.***; Case No. 2:19-cv-01862-GW-(PJWx)
<u>Consolidated Final Rulings</u>

      The Court has issued three tentative rulings in this matter.  First, on May 23, 2019, the Court issued a tentative ruling on Plaintiffs' Motion to Remand and Motion to Compel Arbitration.  *See* Docket No. 27.  Later that same day, the Court made its tentative ruling final in a separate minute order, but therein qualified the Court's ruling.  *See* Docket No. 28.  The Court denied the Motion to Remand and denied the Motion to Compel Arbitration "insofar as it contend[ed] that the gateway issue of arbitrability is to be decided by the arbitrator rather than the Court pursuant to clear and unmistakable evidence."  *Id.*

      Thereafter, on July 15, 2019, the Court issued a second tentative ruling on the Motion to Compel Arbitration.  *See* Docket No. 40.  The Court indicated that it was inclined to find the claims arbitrable, but had outstanding questions on the First Amendment issue.  *Id.*  The Court thereby postponed its decision on the Motion to Compel Arbitration pending Defendants' filing an anti-SLAPP Motion.  *Id.*

      On September 19, 2019, the Court heard argument on the anti-SLAPP Motion and tentatively ruled that it would deny the motion.

      The Court now consolidates its previous rulings and finalizes its decision on the remaining issues.  The Court would rule as follows:

- The Court would **DENY** Plaintiffs' Motion to Remand for the reasons expressed on May 23, 2019.  *See* Docket No. 27.

- The Court would **DENY** Plaintiffs' Motion to Compel Arbitration to the extent it argued that the arbitrability question was for the arbitrator in the first instance.  *See* Docket Nos. 27-28.

- The Court would **GRANT** Plaintiffs' Motion to Compel Arbitration for the reasons explained on July 15, 2019.  *See* Docket No. 40.

- The Court would **DENY** Defendants' anti-SLAPP Motion for the reasons described on September 19, 2019.

      If either side wishes to seek an interlocutory appeal, any motion should be filed within thirty days of this ruling.  The Court sets a status conference for October 3, 2019, wherein the parties may appear telephonically with advanced arrangement with the clerk.  The parties are to submit a joint status conference report regarding any future dates to be scheduled in this matter.