KINSELLA WEITZMAN ISER KUMP LLP
Howard Weitzman (SBN 38723)
  hweitzman@kwikalaw.com
Jonathan P. Steinsapir (SBN 226281)
  jsteinsapir@kwikalaw.com
Zachary T. Elsea (SBN 279252)
  zelsea@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

FREEDMAN + TAITELMAN LLP
Bryan J. Freedman (SBN 151990)
  bfreedman@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310.201.0005
Facsimile: 310.201.0045

Attorneys for Optimum Productions and John Branca and John McClain as Co-Executors of the Estate of Michael J. Jackson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPTIMUM PRODUCTIONS, a California corporation; and JOHN BRANCA and JOHN MCCLAIN, in the respective capacities as CO-EXECUTORS OF THE ESTATE OF MICHAEL J. JACKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME BOX OFFICE, a Division of TIME WARNER ENTERTAINMENT, L.P., a Delaware Limited Partnership, and HOME BOX OFFICE, INC., a Delaware corporation, and DOES 1 through 5, business entities unknown, and DOES 6 through 10, individuals unknown,<br><br>Defendants. | Case No. 2:19-cv-01862 GW(PJWx)<br><br>Hon. George H. Wu<br><br>**JOINT REPORT PURSUANT TO COURT'S JANUARY 8, 2021 ORDER**<br><br>Date: February 4, 2021<br>Time: 8:30 a.m.<br>Ctrm: 9D |

JOINT REPORT

Plaintiffs Optimum Productions and John Branca and John McClain, in their respective capacities as Co-Executors of the Estate of Michael J. Jackson, on the one hand, and Defendant Home Box Office, Inc., on the other (collectively, "the Parties"), submit this report pursuant to the Court's instructions in advance of the Status Conference scheduled for February 4, 2021.

The Parties have conferred by email and telephone and have agreed that this dispute will be resolved by an ADR organization other than the American Arbitration Association. The parties will continue to meet and confer to attempt to reach agreement on an arbitration organization and/or arbitrator, and in the absence of a such agreement, a procedure for selecting an arbitrator (either as contemplated by the Agreement or as otherwise agreed to by the Parties). Neither party has agreed to waive any rights under the Agreement.

DATED: February 1, 2021         Respectfully submitted,

                                KINSELLA WEITZMAN ISER
                                KUMP LLP


                                By:    /s/ Jonathan P. Steinsapir
                                    Jonathan P. Steinsapir
                                    Attorneys for Defendants Optimum
                                    Productions and John Branca and John
                                    McClain in the respective capacities as
                                    Co-Executors of the Estate of Michael
                                    Jackson

| | | |
|---|---|---|
| 1 | DATED: February 1, 2021 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Drew Breuder  |
|   | | Drew Breuder |
| 6 | | Attorneys for Defendant Home Box Office, Inc. |
| 7 | | |
| 8 | 724166 | |

KINSELLA WEITZMAN ISER KUMP LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850