DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
  dbreuder@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA  90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

Attorneys for Home Box Office, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| OPTIMUM PRODUCTIONS, et al., Plaintiffs, v. HOME BOX OFFICE, INC., et al., Defendants. | Case No. 2:19-cv-01862-GW-PJW<br>Hon. George H. Wu<br>**JOINT STATUS REPORT**<br>Hearing Date:  March 29, 2021<br>Hearing Time:  8:30 a.m. |
|---|---|

Pursuant to the Court's February 4, 2021 order, Dkt. 85, the parties submit this joint status report in advance of the March 29, 2021 status conference.

The parties have agreed that the forthcoming arbitration will be administered by JAMS. The parties have also agreed to use JAMS's procedures for selecting the arbitrator, subject to the requirement that the arbitrator be a retired judge of Los Angeles Superior Court who is affiliated with JAMS.

The parties anticipate selecting an arbitrator in short order.

Dated: March 26, 2021

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Jonathan P. Steinsapir
      Jonathan P. Steinsapir

Attorneys for Optimum Productions and for John Branca and John McClain as Executors of the Estate of Michael J. Jackson

Dated: March 26, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
      Daniel M. Petrocelli

Attorneys for Home Box Office, Inc.

**ATTESTATION OF AUTHORIZATION**

I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in its content and has authorized the filing.

Dated: March 26, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli

Attorneys for Home Box Office, Inc.