KINSELLA WEITZMAN ISER KUMP HOLLEY LLP
Jonathan P. Steinsapir (S.B. #226281)
Zachary T. Elsea (S.B #279252)
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: (310) 566-9800

FREEDMAN + TAITELMAN LLP
Bryan J. Freedman (S.B #151990)
Sean Hardy (S.B #266446)
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone: (31) 201-0005

MESEREAU LAW GROUP APC
Thomas Mesereau (S.B #91182)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
Telephone: (310) 651-9960

Attorneys for Plaintiffs Optimum Productions et al.

DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
  dbreuder@omm.com
PATRICK S. MCNALLY (S.B. #302062)
  pmcnally@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:  (310) 246-6779

Attorneys for Defendant Home Box Office, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM PRODUCTIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOME BOX OFFICE, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01862-GW-PJW <br><br> Hon. George H. Wu <br><br> **SUPPLEMENTAL JOINT STATUS REPORT** <br><br> Hearing Date:  November 15, 2021 <br> Hearing Time:  8:30 a.m. |

In response to the Court's November 12, 2021 Minute Order, Dkt. 91, the Parties have met and conferred, and agree with the Court's suggestion to administratively close the case pending the arbitration, with the Court retaining jurisdiction to reopen the matter upon the request of either Party.

Dated: November 12, 2021

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Jonathan P. Steinsapir
Jonathan P. Steinsapir

Attorneys for Optimum Productions and for John Branca and John McClain as Executors of the Estate of Michael J. Jackson

Dated: November 12, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli

Attorneys for Home Box Office, Inc.

**ATTESTATION OF AUTHORIZATION**

I hereby attest that the other signatory listed, on whose behalf this filing is submitted, concurs in its content and has authorized the filing.

Dated:     November 12, 2021

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
       Daniel M. Petrocelli
Attorneys for Home Box Office, Inc.